# United States District Court
## NORTHERN DISTRICT OF GEORGIA
### Rome Division

DirecTV, Inc.
    Plaintiff,

vs.

Hershel West,
    Defendant,

CIVIL ACTION NUMBER
No. 4: 03-cv-246-HLM

## DEFAULT JUDGMENT

A default having been entered against the defendant, per Order dated August 24, 2004, in the amount of $10,290.00, plus post-judgment interest at the legal rate. The default judgment amount includes $10,000.00 in statutory damages, plus $190.00 in costs and disbursements, plus $100.00 in attorney's fees and the plaintiff having requested entry of default judgment against the defendant,

JUDGMENT IS HEREBY ENTERED in favor of the plaintiff, against the defendant.

Dated at Rome, Georgia this 24th day of August, 2004.

                              LUTHER D. THOMAS
                              CLERK OF COURT

                By:    s/J. Acker
                           Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
August 24, 2004
    Luther D. Thomas
Clerk of Court
By: s/J. Acker
Deputy Clerk